The Baik Law Firm, P.C.
BY: HAE YEON BAIK, ESQUIRE
PA Attorney ID No. 71693
1100 Vine Street, C8 & C9
Philadelphia, PA 19107
PHONE: (215) 232-5000/ FAX: (215) 232-3394           Attorney for
E-MAIL: haeyeon.baik@baikandassociates.com                Debtors

**IN THE U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Hak Soon Hwang &            : No. 16-16627-sr
       Min Jai Hwang               :
          Debtors                  : Chapter 13

**DEBTORS' SECOND AMENDED CHAPTER 13 PLAN**

LENGTH OF PLAN:

　　　Sixty months from 9/20/16, the date of the filing of the petition.

TOTAL AMOUNT OF PLAN IS $37,274.00

1. Debtors to make 48 monthly payments of $587.00, starting 10/1/17. Debtors already have paid $9,098.00 into the plan.

PAYMENT OF CLAIMS:

1. ADMINISTRATIVE EXPENSES (to be paid up front):

   - Attorney's fees: $6,862.00. This amount is for services beyond basic bankruptcy services. A fee application will be filed to obtain said payment

   - Trustee's commission not to exceed 10 percent.

2. SECURED CLAIMS:

   - Secured creditor Ditech Financial, LLC to be paid its proof of claim amount (no. 5) of $26,986.00.

   - Secured creditor RBS Citizens, N.A. would be paid its claim (no. 3) of $11,782.77 for an auto loan outside the plan.

3. UNSECURED CLAIMS:

- Would be paid pro-rata.

BY:

/s/ Hae Yeon Baik                    9/19/17
Hae Yeon Baik, Esquire              Date
Attorney for Debtors